IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CENTRAL GROCERS, INC.

    Plaintiff,

 v.

DEAN FOODS COMPANY, ET. AL.

    Defendants.

Case no. 12 CV 51

## ORDER OF DISMISSAL

Based on the foregoing stipulation of the parties (Docket No. 26);

IT IS HEREBY ORDERED that this action is DISMISSED with prejudice and without costs.

Dated this 11th day of June, 2013.

BY THE COURT:

_____
AARON E. GOODSTEIN
U.S. Magistrate Judge